

Rob Rickner | rob@ricknerpllc.com

December 5, 2022

**Via ECF**

Hon. Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals
for the Second Circuit
40 Foley Square
New York, New York 10007

    Re: *Cooper v. City of New York, et al.*, 22-2792

Dear Ms. Wolfe:

This office represents Plaintiff-Appellant Steven Cooper. In accordance with this Court's Local Rule 31.2(a)(1)(A), please accept this letter as Plaintiff-Appellant's request that his brief be due on February 15, 2023, which is 91 days from the date of his filing of the certificate that no transcript will be ordered.

Thank you for your consideration.

Respectfully submitted,

   /s/

Rob Rickner