# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

     At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of June, two thousand twenty-three.

_____

Steven Cooper,

     Plaintiff - Appellant,

v.

City of New York, Daniel O'Connor, Police Lieutenant Thomas Jacobs, Police Officer Jessica Schrell, Shield No. 26482, Police Dpt Sergeant Brendan Ryan, NY Police Officers John Does 1-10, the identity of whom is presently unknown, in their individual and official capacities as New York City Police Officers, Police Sergeant Adam Katrincic, Captain Desmond Morales, Police Officer Nicholas Horun, Lt. Tax # 90962 Steven Mona, Police Sergeant Pearl Barnhart,

     Defendants - Appellees.

_____

**ORDER**

Docket No. 22-2792

     Appellee Daniel O'Connor moves the Court to vacate the strike order issued on June 22, 2023 for his brief. To date, the Court has not received hard copies of Appellee O'Connor's brief.

     IT IS HEREBY ORDERED that motion to vacate is DENIED without prejudice to renewal after the Court receives the required hard copies of the brief.

                         For the Court:
                         Catherine O'Hagan Wolfe,
                         Clerk of Court

